FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>David PALAZUELOS-Escoto<br><br>　　　　　　Defendant. | Magistrate Case No. 08 MJ 8431<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 15, 2008, within the Southern District of California, defendant David PALAZUELOS-Escoto did knowingly and intentionally import approximately 40.80 Kilograms (89.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY OF MAY, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
David PALAZUELOS-Escoto

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On May 15, 2008, David PALAZUELOS-Escoto entered the United States at the Calexico, California, West Port of Entry. PALAZUELOS was the driver and sole occupant of a 1995 Dodge Neon registered in his name. Customs and Border Protection Officer (CBPO) D. Morris received a negative Customs declaration from PALAZUELOS. During the primary inspection CBPO Morris asked PALAZUELOS where he was going to in the United States. PALAZUELOS stated that he was going to Wal-Mart. CBPO Morris tapped the driver's side quarter panel and noticed that it sounded solid. CBPO Morris then tapped the passenger's side quarter panel and noticed that it also sounded solid. CBPO Morris pulled back a portion of the quarter panel and was able to observe cellophane-wrapped packages concealed within the quarter panels.

CBPO Morris returned to the front of the vehicle and instructed PALAZUELOS to turn of the vehicle and hand him the keys. CBPO Morris noticed that PALAZUELOS' hands were shaking noticeably at that point. He then called for assistance, instructed PALAZUELOS to step out of the vehicle, placed handcuffs on PALAZUELOS, and

walked him into the vehicle secondary office for a patdown search. After the patdown search, he was turned over to CBPO L. Garcia for further inspection.

CBPO Garcia took another negative Customs Declaration from PALAZUELOS. PALAZUELOS told CBPO Garcia that the vehicle belonged to him and that he was traveling to Calexico to have a computer repaired. PALAZUELOS did have a computer in the car with him. CBPO Garcia asked Canine Enforcement Officer (CEO) Anzaldo to use his Narcotic Detector Dog (NDD) to screen the vehicle. CEO Anzaldo used his NDD to screen the vehicle. His NDD alerted to the front passenger side of the dash of the vehicle, indicating the presence of the odor of a controlled substance in that area. CBPO Garcia continued his secondary inspection by removing the quarter panel of the vehicle and found several packages wrapped in clear cellophane.

After a more complete inspection of the vehicle, six packages were found in the passenger side rear quarter panel, eight packages were found in the driver's side rear quarter panel, and twelve packages were found in a non-factory compartment that had been built into the dash of the vehicle. The packages contained a green leafy substance which field-tested positive for marijuana. The total weight of the 26 packages was 40.08 Kilograms (89.76 pounds).

Special Agent's (SA) Douglas Struckmeyer and Brandon Wood interviewed PALAZUELAS with his attorney present. PALAZUELAS denied knowledge of the controlled substance in vehicle. He stated that he entering the United States to go visit a friend. He said that he bought the car in November and that he believes that the controlled substance was already in the vehicle when he purchased it.

PALAZUELOS was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of Marijuana. PALAZUELOS was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.